UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>KOBRA ASSOCIATES, INC. dba JACK IN THE BOX,<br><br>          Defendant.<br>_____/ | No. 2:09-cv-03546-MCE-JFM<br><br><br><br>**RELATED CASE ORDER** |
| In re:<br><br>FOOD SERVICE MANAGEMENT, INC.,<br><br>          Debtor<br><br>BEVERLY N. McFARLAND,<br><br>          Appellant,<br><br>     v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Appellee.<br>_____/ | No. 2:10-cv-01032-WBS<br><br>Bankruptcy No. 09-40066-C-11 |

///

1

1 | The Court has received the Notice of Related Case filed on
2 | April 30, 2010.
3 | Examination of the above-entitled civil actions reveals that
4 | these actions are related within the meaning of Local Rule 123(a)
5 | (E.D. Cal. 1997). The actions involve many of the same
6 | defendants and are based on the same or similar claims, the same
7 | property transaction or event, similar questions of fact and the
8 | same questions of law, and would therefore entail a substantial
9 | duplication of labor if heard by different judges. Accordingly,
10 | the assignment of the matters to the same judge is likely to
11 | effect a substantial savings of judicial effort and is also
12 | likely to be convenient for the parties.
13 | The parties should be aware that relating the cases under
14 | Local Rule 123 merely has the result that both actions are
15 | assigned to the same judge; no consolidation of the action is
16 | effected. Under the regular practice of this court, related
17 | cases are generally assigned to the district judge and magistrate
18 | judge to whom the first filed action was assigned.
19 | IT IS THEREFORE ORDERED that the action denominated 2:10-cv-
20 | 01032-WBS, Beverly N. McFarland v. Equal Employment Opportunity
21 | Commission is reassigned to Judge Morrison C. England, Jr. for
22 | all further proceedings. Henceforth, the caption on documents
23 | filed in the reassigned case shall be shown as 2:10-cv-01032-MCE.
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: May 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE