1  Jeffrey S. Bosley, CA SBN 167629
   Email:  jbosley@winston.com
2  Richard A. Lapping, CA SBN 107496
   Email:  rlapping@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5894
   Telephone:  (415) 591-1000
5  Facsimile:  (415) 591-1400

6  ATTORNEYS FOR THE DULY
   APPOINTED CHAPTER 11 TRUSTEE
7  OF DEFENDANT AND DEBTOR
   KOBRA ASSOCIATES, INC.,
8  BEVERLY N. MCFARLAND

9

10

11

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | **Case No. 2:10-CV-01032-MCE** |
| Food Service Management, Inc., | **Bankruptcy Case No. 09-40066-C-11** |
| Debtor, | **The Honorable Morrison C. England, Jr.** |
| Beverly N. McFarland<br>Chapter 11 Trustee, | **JOINT STIPULATION FOR DISMISSAL OF APPEAL FROM BANKRUPTCY COURT; ORDER** |
| Appellant,<br>vs. | |
| Equal Employment Opportunity Commission, | |
| Appellee. | |

Pursuant to Federal Bankruptcy Rule of Procedure 8001(c)(2), Beverly N. McFarland, the duly appointed Chapter 11 Trustee for Kobra Associates Inc. and other debtors, and the U.S. Equal Employment Opportunity Commission (the "EEOC"), through their respective attorneys of record, hereby stipulate and agree to dismiss the above entitled appeal with each party bearing their own fees and costs incurred in connection with the appeal, and paying any courts costs or fees that may still remain due and payable.

1   Dated:  May 17, 2010               WINSTON & STRAWN LLP

2

3                                       By:  /s/ Richard A. Lapping
                                            Richard A. Lapping
4                                           Jeffrey S. Bosley
                                            Attorneys for the Duly Appointed Chapter
5                                           11 Trustee of Appellant and Debtor
                                            Kobra Associates, Inc., Beverly N.
6                                           McFarland

7

8   Dated:  May 17, 2010               EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION
9

10

11                                      By:  /s/ Dana C. Johnson
                                            Dana C. Johnson
                                            Attorneys for Appellee EEOC
12

13          IT IS SO ORDERED.

14

15  Dated: May 26, 2010

16
                                       _____
17                                      MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
18  _____

19

20

21

22

23

24

25

26

27

28
                                       2